## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cr-00018-PAB-1

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

RICARDO MARTINEZ-NEVAREZ,

　　　Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about December 8, 2022, in the State and District of Colorado, the defendant, RICARDO MARTINEZ-NEVAREZ, did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

### COUNT 2

On or about December 8, 2022, in the State and District of Colorado, the defendant, RICARDO MARTINEZ-NEVAREZ, did knowingly possess a firearm, to wit: Glock 43 9mm semi-automatic handgun bearing serial number BHXY046 in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States,

namely the offense charged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Forfeiture Allegation

1.      The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United State Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Count 1 of this Indictment involving violations of Title 21, United States Code, Section 841(a), the defendant RICARDO MARTINEZ-NEVAREZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendant.

3.      Upon conviction of the violations alleged in Count 2 of this Indictment involving violation 18 U.S.C. § 924(c)(1)(A), the defendant RICARDO MARTINEZ-NEVAREZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) Glock 43 9mm semi-automatic handgun bearing serial number BHXY046,

(2) recovered ammunition from Glock 43 9mm semi-automatic handgun bearing serial number BHXY046.

      1.    If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

      a)    cannot be located upon the exercise of due diligence;
      b)    has been transferred or sold to, or deposited with, a third party;
      c)    has been placed beyond the jurisdiction of the Court;
      d)    has been substantially diminished in value; or
      e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

              A TRUE BILL:


              Ink Signature on File in Clerk's Office
              FOREPERSON


COLE FINEGAN
United States Attorney


s/ *Albert Buchman*
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov