DEFENDANT:          Ricardo Martinez-Nevarez

AGE/YOB:            1997

COMPLAINT FILED?    _____ Yes     __x_____ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    _x_ No

OFFENSE(S):    (1) Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(b)(1)(B)(vi);

(2) Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c).

LOCATION OF OFFENSE:    Denver, Colorado

PENALTY:    (1) NLT 5 years, NMT 40 years' imprisonment; NMT $5,000,000 fine, or both; NLT 4 years' supervised release; $100 Special Assessment.

(2) NLT 5 years' imprisonment, NMT life imprisonment, consecutive to any other sentence; $250,000 fine or both; NMT 5 years' supervised release; $100 special assessment.

AGENT:    SA Jovianne Demas, ATF

AUTHORIZED BY:    Albert Buchman
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 x _ five days or less; ___ over five days

THE GOVERNMENT

 x _ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.