IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00018-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Ricardo Martinez-Nevarez,

    Defendant.

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Ricardo Martinez-Nevarez, YOB: 1997, Booking Number 2022453001, is now confined in the Denver City Downtown Detention Center, 490 W Colfax Ave, Denver, CO 80204, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America;

that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this _____ 23rd day of January, 2023.

BY THE COURT:

*James P. O'Hara*
JAMES P. O'HARA
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO