IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00018-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICARDO MARTINEZ-NEVAREZ,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA GRADY
       Federal Public Defender


       s/ Stephanie Snyder
       Stephanie Snyder
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Stephanie_Snyder@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2023, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
    Email:  al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ricardo Martinez-Nevarez      *via U.S. mail*

    s/ Stephanie Snyder
    Stephanie Snyder
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX: (303) 294-1192
    Stephanie_Snyder@fd.org
    Attorney for Defendant